IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,            ) | CR 94-00396-TUC-JMR |
|                          )| |
| Plaintiff,         ) | **ORDER** |
|                          )| |
| vs.                         )| |
|                          )| |
|                          )| |
| Ivan Arredondo-Ramirez,          )| |
|                          )| |
| Defendant.         )| |
|                          )| |
| _____ ) | |

The Indictment against defendant Ivan Arredondo-Ramires having been Dismissed on November 4, 1998 (Doc. 34),

IT IS ORDERED the outstanding warrant for his arrest is hereby quashed.

DATED this 26th day of January, 2011.

_____
Raner C. Collins
United States District Judge

Cc: USM (Sylvia)